In the Matter of the Transfer Tax upon the Estate of A. ALBERT SACK, Deceased.

INDUSTRIAL TRUST COMPANY OF PROVIDENCE, RHODE ISLAND, as Executor, Appellant; STATE TAX COMMISSION, Respondent.

(Argued June 10, 1931; decided July 15, 1931.)

*Joseph F. McCloy, Francis H. Warland, John L. McMaster* and *Leo Brady* for appellant.

*Seth T. Cole* and *William Dale O'Brien* for respondent.

*Marion H. Fisher* for the Estate of James W. Packard, deceased, *amicus curiæ.*

*John J. Bennett, Jr., Attorney-General* (*Harold P. Burke* of counsel), *amicus curiæ.*

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order in a special proceeding; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.